UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PACE AMERICAN ENTERPRISES, INC. ) | CASE NO: 11-33416 |
| a/k/a PACE AMERICAN ) | |
|    Debtor. ) | |

**CONSENT TO ORDER FOR RELIEF BEING ENTERED**

Alleged Debtor Pace American Enterprises, Inc. a/k/a Pace American, by counsel, hereby consents to entry of an Order for Relief.

_____
R. WILLIAM JONAS, JR. (5025-71)
Attorney for Debtor
Hammerschmidt, Amaral & Jonas
137 N. Michigan Street
South Bend, IN 46601
(574)282-1231

/s/Richard M. Bendix, Jr._____
Richard M. Bendix, Jr.
DYKEMA
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
312-627-5673 telephone
312-627-2302 facsimile
rbendix@dykema.com

## Certificate of Service

The undersigned hereby certifies a true and accurate copy of the above and foregoing Motion was served upon:

James E. Rossow, Jr.
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Alexander L. Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by United States mail, postage prepaid this the ___12___ day of September, 2011.

_____
R. WILLIAM JONAS, JR.