In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American

          Debtor                               Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |

Pace American Enterprises, Inc. had two local depository bank accounts as part of their ordinary course cash management program that were closed.

Upon closing, the following amounts were wired to the Pace American bank account at the PrivateBank in Chicago.

**1.** First National Bank                Account No. 11712734          $941.29
401 South Main Street
McGregor, Texas                          Closed on 9/8/2011


**2.** Zion's Bank                        Account No. 034168666         $1,265.39
St. George Office
40 E. St. George Blvd.
St. George, UT 84770-2854                Closed on 9/6/2011

1

In re Pace American Enterprises, Inc.   Case No. 11-33416
a/k/a Pace American
     Debtor      Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

| | | |
|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | Northern Indiana Public Service Co<br>Certificate Number 6192977<br>Account # 563-455-008-7<br>P.O. Box 13007<br>Merrillville, IN  46411-3007<br>(Created 9/13/2010) | $46,780.00 |
| | Commonwealth Edison ("ComEd")<br>Bill Payment Center<br>Chicago, IL  60668-0001<br>Tel – 800-334-7661<br>Service location – (Created July, 2010)<br>2231 Lakeside Drive<br>Bannockburn, IL  60015<br>Acct # 2232381049 | $ 380.00 |
| | Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311<br>Service location – (Created July, 2010)<br>McGregor, Texas<br>Account # 80-000794640-0668811-2 | $ 1,624.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | See Schedule B (4) -1 – Computer Equipment | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | Misc. pictures located within the real property at the IN, GA, UT, OR, and TX locations are included on Line 28, Office equipment, furnishings, and supplies | Unknown |

In re Pace American Enterprises, Inc.       Case No. 11-33416

a/k/a Pace American

            Debtor           Chapter 7

## SCHEDULE B – PERSONAL PROPERTY

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Claims filed under the Lumberman's policy # 330157: | | Unknown |

**Lumbermen's Underwriting Alliance**

A Reciprocal Inter-Insurance Exchange
Company Headquarters • Boca Raton, FL

1905 N.W. Corporate Blvd., Boca Raton, FL  33431-7393
P: 561-994-1900 • F: 561-994-8362 • www.lua.co

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Book Value – Market Value Unknown | | $1,158,306.29 |

In re Pace American Enterprises, Inc.   Case No. 11-33416
a/k/a Pace American
    Debtor      Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr.P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Various trademarks per **Schedule B (22) - 1** | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

4

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                    Debtor                      Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Schedule B (25) -1 Book Value – Market Value Unknown | | $123,440.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Schedule B (28) -1 Book Value – Market Value Unknown | | $183,176.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Schedule B (29) - 1 Book Value – Market Value Unknown | | $1,273,869.00 |

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                Debtor                         Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Physical inventory taken August 24, 25, and 26, 2011 Calculated on a First-In, First-Out Method of accounting – Book Value Net of reserve for excess and Obsolete inventory – Mkt. Value Unknown  Detail provided under Statement of Financial Affairs – Exhibits 20-1 – 20-4 | | $4,282,669.15 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**Total Schedule B – Personal Property**                   $7,072,451.12

In re Pace American Enterprises, Inc.   Case No. 11-33416
a/k/a Pace American
     Debtor      Chapter 7

# SCHEDULE B - PERSONAL PROPERTY

**SCHEDULE B (4) -1 – COMPUTER EQUIPMENT**

4. Household goods and furnishings,
  including audio, video, and
  computer equipment.

| Location | User | Type | Model | Make | Serial Numbers | Notes |
|---|---|---|---|---|---|---|
| Indiana | Don Metzger | Monitor | Q19wb | Optiquest | QGU017165335 | |
| Indiana | Don Metzger | Printer | HP Photosmart 776 | HP | My45QZK3N1 | |
| Indiana | Melissa Abbott | Monitor | LCD19V | NEC | 77H01929NA | |
| Indiana | Melissa Abbott | PC | Compaq | HP | MXM7510C1B | |
| Indiana | Melissa Abbott | Printer | CK420D | Zebra | z8j09350345 | |
| Indiana | Melissa Abbott | Printer | H6210 | Datamax | 11637028 | |
| Indiana | Melissa Abbott | Monitor | a11716 | ACER | ETC460C00554900998Y11 | |
| Indiana | Melissa Abbott | PC | COMPAQ | HP | U303LB4ZA166 | |
| Indiana | Dave Wason | Monitor | E172FP | Dell | CN -0J1806-71618-422-AA5S | |
| Indiana | Dave Wason | PC | Compaq | HP | M8D4290MCK | |
| Indiana | | Printer | F4-2190N | Epson | C11C52600INT | |
| Indiana | Kathy Zelms | Monitor | wZZY2P | LG | 008NDGLDL583 | |
| Indiana | Kathy Zelms | Printer | SP3400SF | Ricoh | TH44r165bp | |
| Indiana | | Printer | M121znf MFP | HP | CNG9B1MZ | |
| Indiana | Downstairs Conference | Monitor | AL17166 | ACER | ETL460C0055460054APY11 | |
| Indiana | Downstairs Conference | PC | Compaq | HP | 7P2ckkm8a0bc | |
| Indiana | | Monitor | AL1703 | ACER | ETL340900451201D56PQ10 | |
| Indiana | | PC | dx2000MD Compa | HP | PX835AA#aba | |
| Indiana | Matt Myers | Monitor | | HP | CNKHE00915 | |
| Indiana | Matt Myers | PC | | Dell | z9481963693 | |
| Corp Act'g | Warren Nigh | Monitor | VS12106 | Optiquest | Qy6074701945 | |
| Corp Act'g | Warren Nigh | PC | DCCY1F | Dell | DFY3NMI | |
| Corp Act'g | Kathy Myers | Monitor | E171FPb | Dell | CN-05w540-46633-34a-1h8ut | |
| Corp Act'g | Kathy Myers | Monitor | AL1714b | ACER | etl180903143701290Pq12 | |
| Corp Act'g | Kathy Myers | PC | dx2300 | HP | mxl7310T3q | |
| Corp Act'g | Celeste Wilkinson | Monitor | | Dell | cn0cc299641805cr4aqs | |
| Corp Act'g | Celeste Wilkinson | Monitor | | Dell | cn0cc299641805cr4ajs | |
| Corp Act'g | Celeste Wilkinson | Pc | | HP | Mxl7310t80 | |
| Corp Act'g | Angela Wright | Monitor | w2242pt | LG | OO8NDCRE6979 | |
| Corp Act'g | Angela Wright | Monitor | vs11654 | viewsonic | qk20773228580 | |
| Corp Act'g | Angela Wright | PC | Optiplex 745 | Dell | 6K8q8c1 | |
| Corp Act'g | Ann Crowder | Monitor | AL1715 | ACER | etc170azz8526004fcpy24 | |
| Corp Act'g | Ann Crowder | Monitor | al1715 | ACER | etlz10213553101700ed22 | |
| Corp Act'g | Ann Crowder | PC | dx2300 | HP | MXL7310WKR | |
| Corp Act'g | Ann Crowder | Printer | P1606dn | HP | Vnb3b38575 | |
| Corp Act'g | Laura Gremore | Monitor | Syncmaster173t | Samsung | Nb17HCJx104808V | |
| Corp Act'g | Laura Gremore | Monitor | Syncmaster173t | Samsung | Nb17HCJx103836N | |
| Corp Act'g | Laura Gremore | PC | dx2300 | HP | MXC7310w85 | |
| Corp Act'g | Spare | Monitor | q7 | Optiquest | PU3063822358 | |
| Corp Act'g | Spare | pc | dx2200 | HP | mxl64607s0 | |
| | Joel Conrad | Laptop | | | | |
| | Jeff Dolan | Laptop | | | | |
| | Sunny Farmer | Laptop | | | | |
| | Terry Mitchell | Laptop | | | | |
| | Dave Lamberts | Laptop | | | | |
| | John Kendall | Laptop | | | | |

8   PAGE 1 OF 3

It Equipment

| Location | User | Type (PC, Printer, Monitor,....) | Brand | Model | Serial# | Notes |
|---|---|---|---|---|---|---|
| Server Room | | Printer | HP | CM2320nf | CNF9B6DT08 | Color Laser Jet |
| IT Storage | | Equipment Rack | | | | Single Rail Telecom Rack - from CHI |
| IT Storage | | Router | Cisco | 1841-V05 | T1231779 | May be property of ATT |
| IT Storage | | Phone System | Avaya | IP Office 500 | 07FC25501157 | PBX from CHI |
| IT Storage | | Phone System | Avaya | IP 400 Digital station | 46USC002UKGA | PBX Expansion |
| IT Storage | | PC | Gateway | ATX | 19665498 | old |
| IT Storage | | PC | Dell | Optiplex 745 | 37TQDD1 | |
| IT Storage | | PC | MAC | PowerMac G4 | XB2500D1MMA | |
| IT Storage | | Fax | Xerox | Workcenter Pro S80 | KKM-008702 | |
| IT Storage | | Fax | Brother | Intellifax2820 | U61325JON565464 | |
| IT Storage | | Printer | HP | C8969A | MY6207R2PT | Color Inkjet |
| IT Storage | | Phone System | ?? | | | Voicemail Server |
| IT Office | | Server | Dell | Poweredge 2650 | JMJWP31 | |
| IT Office | | Server | Dell | Poweredge R210 | CC80WN1 | svr4DC1 |
| IT Office | | Server | HP | ML350 G6 | MXQ 05001FK9 | LTO4 Tape Drive  SVR4BKUP1 |
| IT Storage | Eglinton | Laptop | HP | nc6120 | CNU6092NL8 | XP |
| IT Office | Jason Oniell | Laptop | Apple | MacBookPro | W88240SK2MF | OSX |
| IT Storage | GA | Laptop | HP | nx6325 | CNU701019P | XP |
| IT Storage | Tilbury | Laptop | HP | 6710b | CNU7300RW2 | Bad Disk |
| IT Storage | Horvath | Laptop | HP | 6710b | CNU7353HXR | XP |
| IT Storage | Tennat | Laptop | HP | nc6400 | CND7010856 | XP |
| User | Phil | Laptop | HP | Probook 6455b | CNU0220KC4 | Win7 |
| IT Storage | Bruce | Laptop | HP | 6710b | CNU8043FQW | XP` |
| IT Storage | Shafer | Laptop | HP | nx9420 | CND6491SGN | Win7 |
| Server Room | | Firewall | WatchGuard | FireboxX750e | 908551081-C0D1 | |
| IT Office | | Firewall | WatchGuard | Firebox X10eW Edge | 727306443-6BE8 | |
| IT Office | | Firewall | WatchGuard | Firebox XTM21-W | 70A103E7D-966C | |
| Weld Office | | Switch | Allied Telsyn | 10/100 Switch | | |
| Weld Office | | PC | HP | | MXL8480T34 | XP |
| Weld Office | | MFP | Ricoh | AC105 | K99792000366 | |
| Weld Office | | Moniter | Dell | 1702FP | KR08G1524760221EA734 | |
| Server Room | | AC Unit | Tripp Lite | SRC00L12K | 9920AA1AC718400927 | |
| Server Room | | AC Unit | Tripp Lite | SRC00L12K | | |
| Server Room | | Server | IBM | AS400 9406-170 | S1037KVM | OS400 |
| Server Room | | Server | Dell | Poweredge 1850 | JS68T91 | |
| Server Room | | Server | Dell | Poweredge 1950 | 8X4Q4C1 | |
| Server Room | | Server | Dell | Poweredge 1950 | 72LPVC1 | |
| Server Room | | Server | Dell | Poweredge 2950 | 3JXP8C1 | |
| Server Room | | Server | Dell | Poweredge 2950 | 9LXP8C1 | |
| Server Room | | Server | Dell | Poweredge 2950 | FS85LF1 | |
| Server Room | | Server | Dell | Poweredge 2650 | B38V461 | |
| Server Room | | Disk Array | Dell | Powervault 2205 | J04339299 | |
| Server Room | | Server | IBM | AS400 9406-170 | S1032G4M | OS400 |
| Server Room | | UPS | PowerWare | | 5125 | |
| Server Room | | UPS | APC | SmartUPS3000 | | |
| Server Room | | UPS | PowerWare | PW9130L 1500R-XL2V | | |
| IT Office | | Data Projector | Mitsubishi | XD50U | 0002384 | |
| IT Office | | Router | ADTRAN | TA924e+VPN | 4242924L2 | Property of Qwest from CHI |
| IT Office | Terry Mitchel | Laptop | HP | 6710b | CNU7300SSD | |
| IT Office | Tonya Axe | Laptop | hp | 6710b | CNU7353WXP | win7 |
| IT Office | Dave Lammert | Laptop | HP | 6710b | CNU73806PD | Win7 |
| IT Office | Lloyd Russell | Laptop | HP | 6710B | CNU7380BC9 | XP |

9      PAGE 2 OF 3

| Location | User | Type (PC, Printer, Monitor,....) | Brand | Model | Serial# | Notes |
|---|---|---|---|---|---|---|
| Shipping Office | John Klimek | PC | HP | Compaq | MXD32306RD | Win XP |
| Shipping Office | Mike McGregor | PC | Dell | Optiplex 755 | 4J08PJ1 | Win 7 |
| Shipping Office | | Monitor | Acer | AL1714 | ETL18090314300111EPQ02 | |
| Shipping Office | | Monitor | Optiquest | Q171b | QA7071722387 | |
| Shipping Area | UPS Shipping | PC | HP | Compaq | MXL6260B2D | Win XP |
| Shipping Area | | Monitor | NEC | LCD1560v | 31125754GA | MultiSunc |
| Shipping Area | UPS Shipping | Printer | Eltron | 2844 CTP | 64A044100301 | |
| Shipping Area | UPS Shipping | Printer | HP | P1606dn | VNB3B20783 | LaserJet |
| IN | Jim Gordon | PC | HP | Compaq | U303LB42A120 | Win XP |
| IN | Jim Gordon | Monitor | Optiquest | Q19wb | QCW071122078 | |
| IN Weld Shop 2 | | Monitor | LG | W1946SM | 002NDSK22430 | Flatron |
| IN Weld Shop 2 | | Printer | HP | M1212nf MFP | CNG9BDB1NX | LaserJet |
| IN Weld Shop 2 | | Docking Station | HP | | CNU737X8V1 | Dual - Link DVI |
| ATD | | Internet Switch | Allied Telesyn | FS709FC | L14S5197B | |
| | Terry Lovely | PC | HP | Compaq | MXD50700PH | Win XP |
| | Terry Lovely | Printer | HP | M1212nf MFP | CNG9BDB1LZ | LaserJet |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                    Debtor                     Chapter 7

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|

### Schedule B (22) - 1 – INTELLECTUAL PROPERTY

22. Patents, copyrights, and other intellectual property. Give particulars.

Narrative related to the transition from the trademarks acquired upon the creation of Pace American Enterprises, Inc. to what trademarks were being used in operations leading up to the date of the Petition for Chapter 7.

It begins with an abstract from the narrative of the investment banker engaged to market the assets of Pace American prior to June 11, 2010.

1

**Recognized National Brand Names**

Pace is a leader in providing a full spectrum of quality trailers, ranging from basic, lower price point trailers to high quality enclosed trailer products with highly customized options. For 23 years, Pace has been synonymous with innovative, high quality, and long lasting trailers. The Company promotes its premium brand names through sponsorships of associations, national publications advertising, and first-rate dealer support materials. Pace also uses point of purchase materials as well as the industry's leading warranty program to constantly reinforce and gain brand equity within the trailer market. This customer-focused approach has successfully strengthened the overall Pace brand.

**Figure 2: Representative Pace Brand Names**



Lincoln highlighted 13 product offerings in their Confidential Information Memorandum for Pace. After the SKU rationalization, that field narrowed.

They included:

| | | |
|---|---|---|
| .. Shadow GT | .. Aerosport | .. **Journey** |
| .. Pursuit | .. Legacy | .. **Outback** |
| .. Stackers | .. Summit | .. Cargosport |
| .. Rallye | .. Midway | |
| .. Conquest | .. Utility Trailers | |

*After the SKU rationalization:*

# 2011 Product Offering

| | End Unit | General Cargo | Landscape/ Tradesman | Motorcycle | Concession | Snow | Auto |
|---|---|---|---|---|---|---|---|
| **Entry Level** (Regular Models) | Outback | Standard | Package A | Package B | | | Standard |
| **Mid-Level** | Journey | Standard | Package A | Package B | Custom | | |
| | Aerosport | | | | | Standard | |
| | Pursuit | | | | | | Custom |
| **High End** | Cargo Express | Standard | Package A | Package B | | | |
| | Shadow | Custom | Custom | Custom | | | Custom |

2

The intent of the SKU rationalization was to create a good, better, and best product offering as noted below:



# Good, Better, Best Models
## Cargo Line

| Outback | Journey | Shadow and/or Cargo Express |
|---------|---------|------------------------------|

- Economically priced & equipped
- Flat top
- Z-Post Construction

Cargo Available Sizes
- 5x8
- 6x10
- 6x12
- 7x14
- 7x16

- Stronger Construction
- Round top (north snow)
- Flat post construction

Cargo Available Sizes
- 5x9
- 6x10
- 6x12
- 7x12
- 7x14
- 7x16
- 8x16
- 8x20

- Heavy Duty Construction
- Round top (north snow)
- Tubular Construction

In Process

table in process of info

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| File No. | Trademark | Goods | Filing Date | Reg/Serial No | Reg. Date | Renewal Due Date | Status |
|----------|-----------|-------|-------------|---------------|-----------|------------------|--------|
| T-313 | OUTBACK | trailers, namely, cargo trailers | 7/30/2002 | 3,344,931 | 11/27/2007 | 11/27/2013 | 8&15 declaration due 11/27/13; 8&9 renewal due 11/27/17 |
| T-321 | JOURNEY | trailers, namely, cargo trailers | 1/29/2004 | 3,771,565 | 4/6/2010 | 4/6/2016 | 8&15 declaration due 04/06/16; 8&9 renewal due 04/06/20 |
| T-318 | SHADOW | trailers, namely, cargo trailers and automobile hauling trailers | 1/29/2004 | 3,102,978 | 6/13/2006 | 6/13/2012 | 8&15 declaration due 6/13/12; 8&9 renewal due 06/13/16 |
| T-329 | CARGO EXPRESS WORLD CLASS TRAILERS + Design | cargo trailers | 8/4/2006 | 3,692,631 | 10/6/2009 | 10/6/2015 | 8&15 declaration due 10/06/15; 8&9 renewal due 10/06/19 |
| T-330 | CARGO EXPRESS WORLD CLASS TRAILERS | cargo trailers | 8/4/2006 | 3,696,010 | 10/13/2009 | 10/13/2015 | 8&15 declaration due 10/13/15; 8&9 renewal due 10/13/19 |
| T-331 | CARGO EXPRESS | trailers | 11/26/2008 | 3,732,560 | 12/29/2009 | 12/29/2015 | 8&15 declaration due 12/29/15; 8&9 renewal due 12/29/19 |

| T-301 | PACE AMERICAN | trailers | 11/30/1989 | 1,604,522 | 7/3/1990 | 7/3/2020 | 8&9 renewal due 7/3/20 |
| FT-301 | PACE AMERICAN | trailers | 8/11/1999 | TMA 541,445 | 2/22/2001 | 2/22/2016 | Canadian TM – renewal due 02/23/16 |

| T-320 | AEROSPORT | trailers, namely, cargo trailers, automobile hauling trailers, and snowmobile hauling trailers | 1/29/2004 | 2,962,359 | 6/14/2005 | 6/14/2015 | 8&9 renewal due 06/14/15 |
| T-309 | PURSUIT | cargo trailers, namely, enclosed trailers for hauling an automobile | 6/28/2001 | 3,325,053 | 10/30/2007 | 10/30/2013 | 8&15 declaration due 10/30/13; 8&9 renewal due 10/30/17 |

3

13

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Home Depot – Worksport – both open and enclosed

| File No. | Trademark | Goods | Filing Date | Reg/Serial No. | Reg Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-305 | WORKSPORT | cargo trailers | 4/14/1998 | 2,379,922 | 8/22/2000 | 8/22/2020 | 8&9 renewal due 8/22/20 |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Home Depot trailer converted for ordinary course dealer sales

| T-300 FT-300 | "P" Design P + design | trailers trailers | 11/30/1989 8/11/1999 | 1,604,521 TMA 541,446 | 7/3/1990 2/22/2001 | 7/3/2020 2/22/2016 | 8&9 renewal due 7/3/20 Canadian TM – renewal due 02/22/16 |
| T-314 | HAMMER | trailers, namely, cargo trailers | 7/30/2002 | 2,921,456 | 1/25/2005 | 1/25/2015 | 8&9 renewal due 01/25/15 |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Higher End – Commercial (Landscaping)

| T-311 | SUMMIT | enclosed trailers, namely cargo trailers and trailers for hauling landscape products and equipment | 8/7/2001 | 2,765,081 | 9/16/2003 | 9/16/2013 | 8&9 renewal due 09/16/13 |

Higher End –

| T-322 | EXPLORER | non-motorized trailers, namely, cargo trailers, sports trailers, and camper trailers | 1/30/2004 | 3,279,292 | 8/14/2007 | 8/14/2013 | 8&15 declaration due 08/14/13; 8&9 renewal due 08/14/17 |
| T-325 | MIDWAY | trailers | 7/6/2006 | 3,342,078 | 11/20/2007 | 11/20/2013 | 8&15 declaration due 11/20/13; 8&9 renewal due 11/20/17 |
| T-326 | DAYTONA | trailers, namely, cargo trailers and vehicle hauling trailers | 1/3/2007 | 3,944,475 | 4/12/2011 | 4/12/2017 | 8&15 declaration due 04/12/17; 8&9 renewal due 04/12/21 |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Related to Cargo Express

| T-327 | PRO SERIES | cargo trailers | 9/14/2007 | 3,448,400 | 6/17/2008 | 6/17/2014 | 8&15 declaration due 06/17/14; 8&9 renewal due 06/17/18 |
| T-328 | XL SERIES | cargo trailers | 8/15/2006 | 3,352,407 | 12/11/2007 | 12/11/2013 | 8&15 declaration due 12/11/13; 8&9 renewal due 12/11/17 |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

4

14

Divested trademarks – Optima – Divested 2008

| File No. | Trademark | Goods | Filing Date | Reg/Serial No | Reg. Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-316 | OPTIMA | trailers, namely, cargo and automobile trailers | 4/3/2003 | 2,846,264 | 5/25/2004 | 5/25/2014 | 8&9 renewal due 05/25/14 |
| T-317 | OPTIMA | motorhomes | 9/22/2003 | 3,038,966 | 1/10/2006 | 7/10/2012 | Abandon? 8&15 declaration due 7/10/12; 8&9 renewal due 01/10/16 |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Old Trademarks – No Longer Produced

| File No. | Trademark | Goods | Filing Date | Reg/Serial No | Reg. Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-302 | RALLYE | cargo trailers, excluding vehicle tires | 4/4/1996 | 2,059,074 | 5/6/1997 | 5/6/2017 | 8&9 renewal due 5/6/17 |
| T-303 | CONQUEST | cargo trailers | 4/14/1998 | 2,358,335 | 6/13/2000 | 6/13/2020 | 8&9 renewal due 6/13/20 |
| T-304 | CARGOSPORT | cargo trailers | 4/14/1998 | 2,360,684 | 6/20/2000 | 6/20/2020 | 8&9 renewal due 6/20/20 |
| T-306 | TRACKSIDE SERVICE | repair and maintenance of enclosed trailers | 2/18/1999 | 2,404,815 | 11/14/2000 | 11/14/2020 | 8&9 renewal due 11/14/20 |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Commercial logo

| T-333 | BUILT FOR BUSINESS | trailers | 6/28/2011 | 85/357,972 | | | Application pending |
|---|---|---|---|---|---|---|---|

15

Pace American Enterprises, Inc. – Active TM Registrations (U.S. and Foreign)

| File No. | Trademark | Goods | Filing Date | Reg/Serial No. | Reg. Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-300 | "P" Design | trailers | 11/30/1989 | 1,604,521 | 7/3/1990 | 7/3/2020 | 8&9 renewal due 7/3/20 |
| T-301 | PACE AMERICAN | trailers | 11/30/1989 | 1,604,522 | 7/3/1990 | 7/3/2020 | 8&9 renewal due 7/3/20 |
| T-302 | RALLYE | cargo trailers, excluding vehicle tires | 4/4/1996 | 2,059,074 | 5/6/1997 | 5/6/2017 | 8&9 renewal due 5/6/17 |
| T-303 | CONQUEST | cargo trailers | 4/14/1998 | 2,358,335 | 6/13/2000 | 6/13/2020 | 8&9 renewal due 6/13/20 |
| T-304 | CARGOSPORT | cargo trailers | 4/14/1998 | 2,360,684 | 6/20/2000 | 6/20/2020 | 8&9 renewal due 6/20/20 |
| T-305 | WORKSPORT | cargo trailers | 4/14/1998 | 2,379,922 | 8/22/2000 | 8/22/2020 | 8&9 renewal due 8/22/20 |
| T-306 | TRACKSIDE SERVICE | repair and maintenance of enclosed trailers | 2/18/1999 | 2,404,815 | 11/14/2000 | 11/14/2020 | 8&9 renewal due 11/14/20 |
| T-309 | PURSUIT | cargo trailers, namely, enclosed trailers for hauling an automobile | 6/28/2001 | 3,325,053 | 10/30/2007 | 10/30/2013 | 8&15 declaration due 10/30/13; 8&9 renewal due 10/30/17 |
| T-310 | LEGACY | cargo trailers, namely, enclosed trailers for hauling an automobile | 7/20/2001 | 2,815,411 | 2/17/2004 | 2/17/2014 | 8&9 renewal due 02/17/14 |
| T-311 | SUMMIT | enclosed trailers, namely cargo trailers and trailers for hauling landscape products and equipment | 8/7/2001 | 2,765,081 | 9/16/2003 | 9/16/2013 | 8&9 renewal due 09/16/13 |
| T-313 | OUTBACK | trailers, namely, cargo trailers | 7/30/2002 | 3,344,931 | 11/27/2007 | 11/27/2013 | 8&15 declaration due 11/27/13; 8&9 renewal due 11/27/17 |
| T-314 | HAMMER | trailers, namely, cargo trailers | 7/30/2002 | 2,921,456 | 1/25/2005 | 1/25/2015 | 8&9 renewal due 01/25/15 |
| T-316 | OPTIMA | trailers, namely, cargo and automobile trailers | 4/3/2003 | 2,846,264 | 5/25/2004 | 5/25/2014 | 8&9 renewal due 05/25/14 |
| T-317 | OPTIMA | motorhomes | 9/22/2003 | 3,038,966 | 1/10/2006 | 7/10/2012 | Abandon? 8&15 declaration due 7/10/12; 8&9 renewal due 01/10/16 |

16                              6

Pace American Enterprises, Inc. – Active TM Registrations (U.S. and Foreign)

| File No. | Trademark | Goods | Filing Date | Reg./Serial No. | Reg. Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-318 | SHADOW | trailers, namely, cargo trailers and automobile hauling trailers | 1/29/2004 | 3,102,978 | 6/13/2006 | 6/13/2012 | 8&15 declaration due 6/13/12; 8&9 renewal due 06/13/16 |
| T-320 | AEROSPORT | trailers, namely, cargo trailers, automobile hauling trailers, and snowmobile hauling trailers | 1/29/2004 | 2,962,359 | 6/14/2005 | 6/14/2015 | 8&9 renewal due 06/14/15 |
| T-321 | JOURNEY | trailers, namely, cargo trailers | 1/29/2004 | 3,771,565 | 4/6/2010 | 4/6/2016 | 8&15 declaration due 04/06/16; 8&9 renewal due 04/06/20 |
| T-322 | EXPLORER | non-motorized trailers, namely, cargo trailers, sports trailers, and camper trailers | 1/30/2004 | 3,279,292 | 8/14/2007 | 8/14/2013 | 8&15 declaration due 08/14/13; 8&9 renewal due 08/14/17 |
| T-325 | MIDWAY | trailers | 7/6/2006 | 3,342,078 | 11/20/2007 | 11/20/2013 | 8&15 declaration due 11/20/13; 8&9 renewal due 11/20/17 |
| T-326 | DAYTONA | trailers, namely, cargo trailers and vehicle hauling trailers | 1/3/2007 | 3,944,475 | 4/12/2011 | 4/12/2017 | 8&15 declaration due 04/12/17; 8&9 renewal due 04/12/21 |
| T-327 | PRO SERIES | cargo trailers | 9/14/2007 | 3,448,400 | 6/17/2008 | 6/17/2014 | 8&15 declaration due 06/17/14; 8&9 renewal due 06/17/18 |
| T-328 | XL SERIES | cargo trailers | 8/15/2006 | 3,352,407 | 12/11/2007 | 12/11/2013 | 8&15 declaration due 12/11/13; 8&9 renewal due 12/11/17 |
| T-329 | CARGO EXPRESS WORLD CLASS TRAILERS + Design | cargo trailers | 8/4/2006 | 3,692,631 | 10/6/2009 | 10/6/2015 | 8&15 declaration due 10/06/15; 8&9 renewal due 10/06/19 |
| T-330 | CARGO EXPRESS WORLD CLASS TRAILERS | cargo trailers | 8/4/2006 | 3,696,010 | 10/13/2009 | 10/13/2015 | 8&15 declaration due 10/13/15; 8&9 renewal due 10/13/19 |

/7

7

Pace American Enterprises, Inc. - Active TM Registrations (U.S. and Foreign)

| File No. | Trademark | Goods | Filing Date | Reg/Serial No. | Reg. Date | Renewal Due Date | Status |
|---|---|---|---|---|---|---|---|
| T-331 | CARGO EXPRESS | trailers | 11/26/2008 | 3,732,560 | 12/29/2009 | 12/29/2015 | 8&15 declaration due 12/29/15; 8&9 renewal due 12/29/19 |
| T-333 | BUILT FOR BUSINESS | trailers | 6/28/2011 | 85/357,972 | | | Application pending |
| FT-300 | P + design | trailers | 8/11/1999 | TMA 541,446 | 2/22/2001 | 2/22/2016 | Canadian TM – renewal due 02/22/16 |
| FT-301 | PACE AMERICAN | trailers | 8/11/1999 | TMA 541,445 | 2/22/2001 | 2/22/2016 | Canadian TM – renewal due 02/22/16 |

18   8

In re Pace American Enterprises, Inc.   Case No. 11-33416
a/k/a Pace American
     Debtor       Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |

**Schedule B (25) 1** – AUTOMOBILES, TRUCKS, AND TRAILERS – DETAIL - **$123,440**

The values used are the estimated replacement costs as assigned following the acquisition of the assets by Pace American Enterprises, Inc. during June, 2010. Subsequent additions have been added at cost.

Values are at gross values. Market value - Unknown

| | Value At Acquisition (at estimated replacement value) |
|---|---|
| **Corporate** | |
|  Transportation | 35,503 |
| **Georgia** | |
|  Office trailer / misc. equipment | 4,058 |
|  Transportation | 8,510 |
| **Indiana** | |
|  Transportation | 37,000 |
| **Utah** | |
|  Office trailer / misc. equipment | 5,944 |
|  Transportation | 32,425 |
| **TOTAL** | 123,440 |

1

In re Pace American Enterprises, Inc.       Case No. 11-33416
a/k/a Pace American
         Debtor            Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

### Schedule B (25) 1 – Continued

| Corporate | | |
|---|---|---|
| Transportation | | 35,503 |

| | | | |
|---|---|---|---|
| Transportation | 2004 GMC Sierra vin 32163 | 06/25/10 | 11,850.00 |
| Transportation | Polaris Ranger 500-TX | 06/25/10 | 5,800.00 |
| Transportation | Polaris-500 Ranger EFI-IN | 06/25/10 | 5,007.00 |
| Transportation | Polaris-500 Ranger EFI-IN | 06/25/10 | 5,007.00 |
| Transportation | Company Mail Truck | 06/25/10 | 4,079.00 |
| Transportation | Golf cart for Georgia trackside | 06/25/10 | 3,760.00 |
| | | | 35,503.00 |

| Georgia | | |
|---|---|---|
| Office trailer / misc. equipment | | 4,058 |
| Transportation | | 8,510 |

| | | | |
|---|---|---|---|
| Office trailer / misc equipmer | OFFICE TRAILER | 06/25/10 | 4,058.00 |
| | | | 4,058.00 |

| | | | |
|---|---|---|---|
| Transportation | 2000 F350 Ford Pickup | 06/25/10 | 8,510.00 |

| Indiana | | |
|---|---|---|
| Transportation | | 37,000 |

| | | | |
|---|---|---|---|
| Transportation | '96 CHEVY PICK-UP | 06/25/10 | 4,000.00 |
| Transportation | 2006 Ford F-250 VIN #27434 | 06/25/10 | 13,000.00 |
| Transportation | 2007 Chevrolet 3/4 ton 4x4 | 06/25/10 | 20,000.00 |
| | | | 37,000.00 |

| Utah | | |
|---|---|---|
| Office trailer / misc. equipment | | 5,944 |
| Transportation | | 32,425 |

| | | | |
|---|---|---|---|
| Office trailer / misc equipmer | Office Trailer | 06/25/10 | 5,944.00 |

| | | | |
|---|---|---|---|
| Transportation | 2001 Ford F350 Pickup | 06/25/10 | 13,425.00 |
| Transportation | Unknown Vehicle | 12/31/10 | 19,000.00 |
| | | | 32,425.00 |

2 0

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                    Debtor                     Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|

28. Office equipment, furnishings, and
    supplies.

## Schedule B (28) - 1 – OFFICE EQUIPMENT – DETAIL - $183,176

The values used are the estimated replacement costs as assigned following the acquisition of the assets by Pace American Enterprises, Inc. during June, 2010.  Subsequent additions have been added at cost.

Values are at gross values.  Market value – Unknown.

| | | | Value At Acquisition (at estimated replacement value) |
|---|---|---|---|
| Cargo Express | | | |
| | Furniture & Fixtures | | 41,701 |
| Corporate | | | |
| | Furniture & Fixtures | | 105,539 |
| Indiana | | | |
| | Furniture & fixtures | | 5,422 |
| Utah | | | |
| | Furniture & fixtures | | 2,951 |
| SUN-TOTAL | | | 155,613 |
| 2011 Additions | | | |
| 5/1/2011 Electric Easel | | | 23,750 |
| 5/31/2011 IP Solutions - Refurbished PRI Can. | | | 776 |
| 4/12/2011 - Video Equipment | | | 3,036 |
| TOTAL | | | 183,176 |

1

21

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                        Debtor                 Chapter 7

# SCHEDULE B - PERSONAL PROPERTY

**Schedule B (28) - 1** – Continued

| Cargo Express | | |
|---|---|---|
| Furniture & Fixtures | | 41,701 |

| | | | |
|---|---|---|---|
| Furniture & Fixtures | Telephone System | 06/25/10 | 10,490.00 |
| Furniture & Fixtures | Microsoft SQL Software Upgrade | 06/25/10 | 5,632.00 |
| Furniture & Fixtures | Maxima 841 (traded in telesis benck mark) | 06/25/10 | 4,698.00 |
| Furniture & Fixtures | Window's Software Upgrade for all Computers | 06/25/10 | 4,632.00 |
| Furniture & Fixtures | Swith For Server | 06/25/10 | 4,421.00 |
| Furniture & Fixtures | CE Flow Software Development | 06/25/10 | 3,262.00 |
| Furniture & Software | Scanner & Software | 06/25/10 | 2,853.00 |
| Furniture & Fixtures | Dell Computer | 06/25/10 | 2,813.00 |
| Furniture & Fixtures | CE Quote Software Develpment | 06/25/10 | 2,700.00 |
| | | | 41,701.00 |

| Corporate | | |
|---|---|---|
| Furniture & Fixtures | | 105,539 |

| | | | |
|---|---|---|---|
| Furniture & Fixtures | Workstations for bullpen area - finance dept | 06/25/10 | 20,000.00 |
| Furniture & Fixtures | tennsmith mechanical shear | 06/25/10 | 12,000.00 |
| Furniture & Fixtures | Comdial FXS NT telephone and voice mail system | 06/25/10 | 7,224.00 |
| Furniture & Fixtures | Mitch Office Furniture | 06/25/10 | 7,200.00 |
| Furniture & Fixtures | Mitch Office Furniture | 06/25/10 | 5,491.00 |
| Furniture & Fixtures | Storage Trailer | 06/25/10 | 5,000.00 |
| Furniture & Fixtures | 4 P72-00164 Enterprise Servers | 06/25/10 | 5,000.00 |
| Furniture & Fixtures | Innovative Voice Technologies - IP Office System | 06/25/10 | 4,862.00 |
| Furniture & Fixtures | Innovative Voice Tech - Telephone system | 06/25/10 | 4,826.00 |
| Furniture & Fixtures | CE Pro Series Vin #27196-Storage | 06/25/10 | 4,755.00 |
| Furniture & Fixtures | CE FEMA Shower Vin #27203-Storage | 06/25/10 | 4,613.00 |
| Furniture & Fixtures | Storage Unit Vin | 06/25/10 | 3,486.00 |
| Furniture & Fixtures | Storage Unit Vin 106260 | 06/25/10 | 3,430.00 |
| Furniture & Fixtures | DELL PowerEdge Server & Accessories | 06/25/10 | 3,288.00 |
| Furniture & Fixtures | Telephone lines, computer lines, hard drives, adapters,... | 06/25/10 | 3,228.00 |
| Furniture & Fixtures | Computer lines, adapters,.... | 06/25/10 | 3,022.00 |
| Furniture & Fixtures | Office furniture - 4 offices corporate move | 06/25/10 | 2,833.00 |
| Furniture & Fixtures | Parts Storage Trailer VIN 134118 | 06/25/10 | 2,705.00 |
| Furniture & Fixtures | Upgrade Computer System | 06/25/10 | 2,574.00 |
| *G/L Asset Acct No = 1650* | | | |
| | | | 105,539.00 |

| Indiana | | |
|---|---|---|
| Furniture & fixtures | | 5,422 |

| | | | |
|---|---|---|---|
| *G/L Asset Acct No = 1650* | | | |
| Furniture & fixtures | Unknown F&F Addition | 12/31/10 | 5,422.00 |

2

In re Pace American Enterprises, Inc.     Case No. 11-33416
a/k/a Pace American
          Debtor          Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

**Schedule B (28) - 1 – Continued**

| Utah | | |
|------|-----------------|-------|
| | Furniture & fixtures | 2,951 |

| Furniture & Fixtures | NEW PHONE SYSTEM | 06/26/10 | 2,951.00 |
|---|---|---|---|

| 2011 Additions | | |
|---|---|---|
| 5/1/2011 Electric Easel | | 29,750 |
| 5/31/2011 IP Solutions - Refurbrished PRI Can. | | 776 |
| 4/12/2011 - Video Equipment | | 3,038 |

3

In re Pace American Enterprises, Inc.
a/k/a Pace American
                Debtor

Case No. 11-33416

Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|

29. Machinery, fixtures, equipment, and
    supplies used in business.

**Schedule B (29) - 1** – MACHINERY & EQUIPMENT – DETAIL - **$1,273,869**

The values used are the estimated replacement costs as assigned following the acquisition of the assets by Pace American Enterprises, Inc. during June, 2010.  Subsequent additions have been added at cost.

Values are at gross values.  Market Value - Unknown.

1

24

In re Pace American Enterprises, Inc.      Case No. 11-33416
a/k/a Pace American
      Debtor            Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

### Schedule B (29) - 1 – MACHINERY & EQUIPMENT – Continued

| | | Value At Acquisition (at estimated replacement value) |
|---|---|---|
| **Cargo Express** | | |
| | Machinery & Equipment | 214,867 |
| **Corporate** | | |
| | Machinery & Equipment | 17,111 |
| **Georgia** | | |
| | Machinery & Equipment | 218,465 |
| **Indiana** | | |
| | Machinery & Equipment | 299,787 |
| **Oregon** | | |
| | Machinery & Equipment | 250,754 |
| **Texas** | | |
| | Machinery & Equipment | 122,148 |
| **Utah** | | |
| | Machinery & Equipment | 122,297 |
| **SUB-TOTAL** | | 1,245,369 |
| Historical variance - detail to GL control | | (310) |
| **2011 Additions** | | |
| GA 3/16/2011 - Two Ton Hoist 115V | | 2,841 |
| IN 5/13/2011 - Elkhart Plastics - Sprinkler Pump | | 15,111 |
| IN 5/2/2011 - Ancon Const. - Door Replacements | | 7,785 |
| IN 5/2/2011 - Tractor Supply - Cub RZT50 50 inch | | 3,073 |
| **TOTAL** | | 1,273,869 |

2

In re Pace American Enterprises, Inc.              Case No. 11-33416
a/k/a Pace American
          Debtor                                Chapter 7

## SCHEDULE B – PERSONAL PROPERTY

### Schedule B (29) - 1 – MACHINERY & EQUIPMENT – Continued

| Cargo Express | | |
|---|---|---|
| Machinery & Equipment | | 214,867 |

| | | | |
|---|---|---|---|
| Machinery & Equipment | 1 Kaiser Compressor 25A831  Weld Shop | 08/25/10 | 44,640.00 |
| Machinery & Equipment | 1 Air Compressor-Ing RAnd 5OPE Asseb Plant | 08/25/10 | 41,760.00 |
| Machinery & Equipment | 1 Kaiser Dryer T831  Weld Shop | 08/25/10 | 20,160.00 |
| Machinery & Equipment | 1 Air Dryer - Ing Rand  TSIA Assemb. Plant | 08/25/10 | 18,720.00 |
| Machinery & Equipment | 27 Miller Welder MP302  Weld Shop | 08/25/10 | 15,552.00 |
| Machinery & Equipment | 44 48" Adjustable Racks Assem Plant | 08/25/10 | 11,088.00 |
| Machinery & Equipment | 3 Plazma Cutter Procut 55 Weld Shop | 08/25/10 | 10,800.00 |
| Machinery & Equipment | 8 Torch Sets w/Carts  Weld Shop | 08/25/10 | 7,200.00 |
| Machinery & Equipment | 1 Sihecter 10' Shear D83533 Assem Plant | 08/25/10 | 5,400.00 |
| Machinery & Equipment | 2  Slinger Floor Jack 1505B  Weld Shop | 08/25/10 | 4,104.00 |
| Machinery & Equipment | Remanufactured 118-SA Bandsaw | 08/25/10 | 3,888.00 |
| Machinery & Equipment | 1 Plazma Cutter Pro Cut 55 Assem. Plant | 08/25/10 | 3,600.00 |
| Machinery & Equipment | 1  Heat Exchanger  Paint Shop | 08/25/10 | 3,600.00 |
| Machinery & Equipment | 1  Plazma Cutter Procut 55  Plant 3 | 08/25/10 | 3,600.00 |
| Machinery & Equipment | 1  Kaiser Compressor BS60  Maintenance | 08/25/10 | 3,600.00 |
| Machinery & Equipment | 15  36" Racks  Weld Shop | 08/25/10 | 3,240.00 |
| Machinery & Equipment | Intercomp PT300-10 Scale | 08/25/10 | 3,141.00 |
| Machinery & Equipment | Tennsmith Apron Brake | 08/25/10 | 3,139.00 |
| Machinery & Equipment | Tennesmith Hand Brake | 08/25/10 | 2,797.00 |
| Machinery & Equipment | 1 Tinsmith 10' Brake HB121 Assem Plant | 08/25/10 | 2,520.00 |
| Machinery & Equipment | 1 Tennsmith Brake 10" B12116  Maintenance | 08/25/10 | 2,520.00 |
| | - | | 214,867.00 |

In re Pace American Enterprises, Inc.
a/k/a Pace American
            Debtor

Case No. 11-33416

Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

**Schedule B (29) - 1 – MACHINERY & EQUIPMENT – Continued**

| Georgia | | | |
|---|---|---|---|
| | Machinery & Equipment | | 218,465 |

| | | | |
|---|---|---|---|
| Machinery & Equipment | 2008 Ford F-350 Pick up Truck | 06/25/10 | 21,500.00 |
| Machinery & Equipment | Welding Machines | 06/25/10 | 17,620.00 |
| Machinery & Equipment | FORKLIFT 9P3684 | 06/25/10 | 15,500.00 |
| Machinery & Equipment | FORKLIFT 9P3685 | 06/25/10 | 15,500.00 |
| Machinery & Equipment | Trackside Trlr Vin #129807   SCX8528TA4 | 06/25/10 | 13,306.00 |
| Machinery & Equipment | NISSAN FORKLIFT | 06/25/10 | 12,728.00 |
| Machinery & Equipment | Ingersoll-Rand Air Compressor | 06/25/10 | 12,580.00 |
| Machinery & Equipment | CAT LIFT TRUCK | 06/25/10 | 12,100.00 |
| Machinery & Equipment | 2002 Ford F-350 Deisel Pickup | 06/25/10 | 11,050.00 |
| Machinery & Equipment | LABOR FOR ROOF AND CATWALK MODIFICATIONS | 06/25/10 | 10,210.00 |
| Machinery & Equipment | NEW MITSUBISHI FG35-G LIFT TRUCK | 06/25/10 | 9,400.00 |
| Machinery & Equipment | 2005 New Holland Tractor | 06/25/10 | 8,500.00 |
| Machinery & Equipment | CUT TO LENGTH LINE | 06/25/10 | 7,392.00 |
| Machinery & Equipment | Trackside Service Trailer #101210 | 06/25/10 | 7,000.00 |
| Machinery & Equipment | INSTALLATION AND PURCHASE OF RACKING | 06/25/10 | 6,880.00 |
| Machinery & Equipment | QUIK-PIC FLOW RACK SYSTEM | 06/25/10 | 5,646.00 |
| Machinery & Equipment | CANTILEVER | 06/25/10 | 4,998.00 |
| Machinery & Equipment | LX Door Tooling Package | 06/25/10 | 4,980.00 |
| Machinery & Equipment | B.Ross Loaner Trlr Vin #134619  JT716TA2 | 06/25/10 | 4,390.00 |
| Machinery & Equipment | Racking | 06/25/10 | 3,962.00 |
| Machinery & Equipment | SX Door Tooling Package | 06/25/10 | 3,917.00 |
| Machinery & Equipment | EE Loaner Trlr Vin #109572  HR712TA4 | 06/25/10 | 3,255.00 |
| Machinery & Equipment | EE Loaner Trlr Vin #123877   JT820TA2 | 06/25/10 | 3,100.00 |
| Machinery & Equipment | 2 Ton Hoists | | 2,973.00 |
| | | | 218,465.00 |

In re Pace American Enterprises, Inc.          Case No. 11-33416
a/k/a Pace American
                    Debtor                     Chapter 7

# SCHEDULE B - PERSONAL PROPERTY

**Schedule B (29) - 1** – MACHINERY & EQUIPMENT – Continued

| Indiana | | |
|---|---|---|
| Machinery & Equipment | | 299,787 |

| | | | |
|---|---|---|---|
| Machinery & Equipment | PAINT SPRAY BOOTH | 06/25/10 | 60,000.00 |
| Machinery & Equipment | Decoiler machine | 06/25/10 | 37,500.00 |
| Machinery & Equipment | Ground Scale in shipping yard | 06/25/10 | 25,000.00 |
| Machinery & Equipment | Crane system/Overhead Hoist over Frame Jig | 06/25/10 | 16,000.00 |
| Machinery & Equipment | Tennsmith Shear - NEW | 06/25/10 | 12,500.00 |
| Machinery & Equipment | Time Clock - Attendance Enterprise 400ee 10/U | 06/25/10 | 12,000.00 |
| Machinery & Equipment | COIL MACHINE -DEPOSI | 06/25/10 | 10,000.00 |
| Machinery & Equipment | Racking - Harter Drive | 06/25/10 | 10,000.00 |
| Machinery & Equipment | Workstation Lifts / Roof Scaffold | 06/25/10 | 10,000.00 |
| Machinery & Equipment | Door Fixtures | 06/25/10 | 10,000.00 |
| Machinery & Equipment | HYDRAULIC EXCAVATOR - TROJAN 2000 | 06/25/10 | 7,500.00 |
| Machinery & Equipment | Weld Shop Expansion 6 - Miller Welders | 06/25/10 | 6,000.00 |
| Machinery & Equipment | KOMATSU LIFT TRUCK | 06/25/10 | 5,000.00 |
| Machinery & Equipment | 100HP AIR COMPRESSOR | 06/25/10 | 5,000.00 |
| Machinery & Equipment | SCAFFOLDING PROJECT | 06/25/10 | 5,000.00 |
| Machinery & Equipment | LIFT KING LIFT TRUCK | 06/25/10 | 5,000.00 |
| Machinery & Equipment | Dust Collection System | 06/25/10 | 5,000.00 |
| Machinery & Equipment | LX door package | 06/25/10 | 5,000.00 |
| Machinery & Equipment | Racks | 06/25/10 | 5,000.00 |
| Machinery & Equipment | Supervisor's Office Project | 06/25/10 | 5,000.00 |
| Machinery & Equipment | Vin #104691 SCG6540 - storage trailer | 06/25/10 | 5,000.00 |
| Machinery & Equipment | 4 - Millermatic 350P Aluminum Welders | 06/25/10 | 3,600.00 |
| Machinery & Equipment | John Deere 2305 Compact Utility Tractor (new) | 06/25/10 | 3,589.00 |
| Machinery & Equipment | PHOS WASH SYSTEM | 06/25/10 | 3,500.00 |
| Machinery & Equipment | MF 2315 Tractor | 06/25/10 | 3,500.00 |
| Machinery & Equipment | Tennsmith Apron Brake - NEW | 06/25/10 | 3,458.00 |
| Machinery & Equipment | Massey Ferguson 231 Diesel Utility Tractor (used) | 06/25/10 | 3,293.00 |
| Machinery & Equipment | CPR System Upgrade in Paint Shop | 06/25/10 | 3,263.00 |
| Machinery & Equipment | MF 231 TRACTOR | 06/25/10 | 3,000.00 |
| Machinery & Equipment | RACKS FOR NEW BUILD | 06/25/10 | 3,000.00 |
| Machinery & Equipment | FORKLIFT REPAIRS - TRANSMISSION | 06/25/10 | 2,923.00 |
| Machinery & Equipment | SC8524TA3 trailer for Trackside use | 06/25/10 | 2,861.00 |
| Machinery & Equipment | WELDING EQUIPMENT | 06/25/10 | 2,500.00 |
| | | | 299,787.00 |

28

In re Pace American Enterprises, Inc.   Case No. 11-33416
a/k/a Pace American
    Debtor      Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

### Schedule B (29) - 1 – MACHINERY & EQUIPMENT – Continued

| Oregon | | | |
|---|---|---|---|
| Machinery & Equipment | | 250,754 | |
| | | | |
| Machinery & Equipment | Paint Booth | 06/25/10 | 84,240.00 |
| Machinery & Equipment | Ford F350 Truck Vin#87817 | 06/25/10 | 32,000.00 |
| Machinery & Equipment | De Coiler | 06/25/10 | 27,456.00 |
| Machinery & Equipment | Kubota Tractor | 06/25/10 | 15,790.00 |
| Machinery & Equipment | TCM Forklift | 06/25/10 | 10,918.00 |
| Machinery & Equipment | Champion RCS 40 HSP Screw Compressor, Receiver and Tank | 06/25/10 | 8,134.00 |
| Machinery & Equipment | St Johns Work Stations | 06/25/10 | 7,545.00 |
| Machinery & Equipment | MIL 951108 Welding Package | 06/25/10 | 6,380.00 |
| Machinery & Equipment | Pipeline for Welding Equipment | 06/25/10 | 5,853.00 |
| Machinery & Equipment | Assy Fixture 5x8' Tool 100 | 06/25/10 | 5,148.00 |
| Machinery & Equipment | Security System | 06/25/10 | 4,127.00 |
| Machinery & Equipment | IBM Printers | 06/25/10 | 3,861.00 |
| Machinery & Equipment | Panasonic Digital Copier | 06/25/10 | 3,650.00 |
| Machinery & Equipment | Enerpac Rectangle Notch Die | 06/25/10 | 3,562.00 |
| Machinery & Equipment | Enerpac Notch Die | 06/25/10 | 3,323.00 |
| Machinery & Equipment | Outdoor Sign | 06/25/10 | 3,215.00 |
| Machinery & Equipment | Golf Cart Serial # 2544518 | 06/25/10 | 3,118.00 |
| Machinery & Equipment | Marbel PR-8 Closed End Punch Roller S/N10442 | 06/25/10 | 2,995.00 |
| Machinery & Equipment | Phone and Paging System | 06/25/10 | 2,989.00 |
| Machinery & Equipment | Welding Machine 050125W | 06/25/10 | 2,745.00 |
| Machinery & Equipment | Welding Machine 050130W | 06/25/10 | 2,745.00 |
| Machinery & Equipment | Welding Machine 050126W | 06/25/10 | 2,745.00 |
| Machinery & Equipment | Welding Machine 050128W | 06/25/10 | 2,745.00 |
| Machinery & Equipment | Welding Machine 050127W | 06/25/10 | 2,745.00 |
| Machinery & Equipment | Welding Machine 050129W | 06/25/10 | 2,745.00 |
| | | | 250,754.00 |

In re Pace American Enterprises, Inc.  Case No. 11-33416
a/k/a Pace American
    Debtor    Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

**Schedule B (29) - 1** – MACHINERY & EQUIPMENT – Continued

| Texas | | |
|---|---|---|
| Machinery & Equipment | | 122,148 |

| | | | |
|---|---|---|---|
| Machinery & Equipment | BRIDGE STRUCTURE | 06/25/10 | 2,963.00 |
| Machinery & Equipment | PAINT BOOTH | 06/25/10 | 14,580.00 |
| Machinery & Equipment | Trackside Trailer Vin #59131 | 06/25/10 | 13,330.00 |
| Machinery & Equipment | DAEWOO FORKLIFT | 06/25/10 | 12,728.00 |
| Machinery & Equipment | Toyota Forklift Model 7FGU30 | 06/25/10 | 12,200.00 |
| Machinery & Equipment | 2003 Ford F250 Truck vin 79949 | 06/25/10 | 11,800.00 |
| Machinery & Equipment | Kubota Tractor | 06/25/10 | 9,900.00 |
| Machinery & Equipment | CLARK FORKLIFT CGP25 | 06/25/10 | 8,583.00 |
| Machinery & Equipment | FORD F350 TRUCK VIN#65819 | 06/25/10 | 8,510.00 |
| Machinery & Equipment | LX TOOLING PKG | 06/25/10 | 6,009.00 |
| Machinery & Equipment | tooling package for sx door project | 06/25/10 | 5,226.00 |
| Machinery & Equipment | CUT TO LENGTH LINE | 06/25/10 | 4,752.00 |
| Machinery & Equipment | Gantry Crane | 06/25/10 | 4,672.00 |
| Machinery & Equipment | H/D Line Racks | 06/25/10 | 4,097.00 |
| Machinery & Equipment | A.T.V. Honda TRX420TE7 Vin#8503 | 06/25/10 | 2,798.00 |
| | | | 122,148.00 |

7

30

In re Pace American Enterprises, Inc.     Case No. 11-33416
a/k/a Pace American
        Debtor               Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

### Schedule B (29) - 1 – MACHINERY & EQUIPMENT – Continued

| Utah | | | |
|---|---|---|---|
| Machinery & Equipment | | 122,237 | |
| | | | |
| Machinery & Equipment | 2005 Ingersoll Rand Lift Truck | 06/25/10 | 16,876.00 |
| Machinery & Equipment | YALE FORKLIFT - A875B018004W | 06/25/10 | 15,500.00 |
| Machinery & Equipment | JD 4210 TRACTOR | 06/25/10 | 13,375.00 |
| Machinery & Equipment | R80 LIFT TRUCK/CAT | 06/25/10 | 12,100.00 |
| Machinery & Equipment | PAINT BOOTH | 06/25/10 | 11,250.00 |
| Machinery & Equipment | 2001 Ford Explorer | 06/25/10 | 9,300.00 |
| Machinery & Equipment | MASIFERG. TRACTOR | 06/25/10 | 8,950.00 |
| Machinery & Equipment | PHOSPHEROUS WASH SYS | 06/25/10 | 5,838.00 |
| Machinery & Equipment | 5 - Millermatic welders  5- Python Welders | 06/25/10 | 5,379.00 |
| Machinery & Equipment | LX Door Tooling Package | 06/25/10 | 4,980.00 |
| Machinery & Equipment | LM 1014 Shear | 06/25/10 | 4,680.00 |
| Machinery & Equipment | Racking Systems - Building Expansion | 06/25/10 | 4,469.00 |
| Machinery & Equipment | SX Door Fixtures | 06/25/10 | 3,917.00 |
| Machinery & Equipment | Labor - Building Expansion M&E | 06/25/10 | 3,367.00 |
| Machinery & Equipment | Tennsmith Shear | 06/25/10 | 3,276.00 |
| | | | 122,237.00 |

| | | |
|---|---|---|
| Historical variance - detail to GL control | (310) | |
| 2011 Additions | | |
| GA 9/16/2011 - Two Ton Hoist 115V | 2,841 | |
| IN 5/13/2011 - Elkhart Plastics - Sprinkler Pump | 15,111 | |
| IN 5/2/2011 - Ancon Const. - Door Replacements | 7,785 | |
| IN 5/2/2011 - Tractor Supply - Cub RZT50 50 inch | 3,073 | |